IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENAUD M. EGANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:07-CV-3011-BBM-GGB |
| HSBC MORTGAGE COMPANY and ) | |
| MCCALLA RAYMER, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, DENAUD M. EGANA, Plaintiff *pro* in the above-styled action, and, pursuant to FRCP 41(a)(1)(A)(i) hereby voluntarily dismisses his Complaint with Jury Demand **WITH PREJUDICE** as against Defendant, McCalla Raymer, LLC.

RESPECTFULLY SUBMITTED, this 11th day of March, 2009.

_____
Denaud M. Egana, Plaintiff *pro se*

7108 Ambercrest Court
Austell, Georgia 30168

-1-

## CERTIFICATION OF TYPE SIZE AND STYLE

I, the undersigned, do hereby certify that the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE was prepared using Book Antiqua 13-point font in accordance with LR 5.1(C) (N.D. Ga.).

This _____ day of March, 2009.

_____
Denaud M. Egana, Plaintiff *pro se*

7108 Ambercrest Court
Austell, Georgia 30168

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENAUD M. EGANA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HSBC MORTGAGE COMPANY and )<br>MCCALLA RAYMER, LLC, )<br>)<br>Defendant. )<br>_____ ) | CIVIL ACTION FILE<br><br>NO. 1:07-CV-3011-BBM-GGB |

### CERTIFICATE OF SERVICE

I hereby certify that, in accordance with LR 5.1(A) (N.D. Ga.), I have this date electronically filed the within and foregoing **VOLUNTARY DISMISSAL WITH PREJUDICE** in the above-captioned civil action with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record in this matter, and, further, that I have served Defendant, in this matter, with a copy of this pleading by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

W. Reese Willis III
Kent E. Altom
Meredith N. Atwood
McCalla Raymer, LLC
Six Concourse Parkway
Suite 3200
Atlanta, Georgia 30328
Attorneys for Defendant,
MCCALLA RAYMER, LLC

A. William Loeffler
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Attorney for Defendant, HSBC Mortgage Corporation, Inc.

This ____ day of March, 2009.

_____
Denaud M. Egana, Plaintiff *pro se*

7108 Ambercrest Court
Austell, Georgia 30168